UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. : 07-22570-CIV-MARTINEZ/BROWN

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

U.S. PENSION TRUST CORP., et al.,

          Defendants.
_____/

## PLAINTIFF'S MOTION FOR ORAL ARGUMENT ON PENDING MOTION FOR RECONSIDERATION

      Plaintiff Securities and Exchange Commission respectfully requests that the Court hear oral argument on the Commission's Motion for Reconsideration.

      A hearing will allow the Commission to address the issues raised in the Motion for Reconsideration and to address any issues raised by the Court. Proceeding to trial on Count IV of the Complaint would be an error as a matter or law and would be a manifest injustice to the Commission. Accordingly, we seek oral argument on this issue, which would resolve a significant portion of the issues to be presented at trial, and would relieve the Commission of the burden of presenting evidence and witnesses on Count IV of the Complaint.

      The relief requested in this motion and the motion for reconsideration will not delay the trial in this case, which has been postponed without a new commencement date, and no party will be prejudiced. Undersigned counsel is not filing this motion for purposes of delay. The Commission has conferred with defense counsel about the motion for reconsideration, and they oppose the relief sought therein.

      **WHEREFORE**, for the foregoing reasons, the Commission respectfully requests that this Court enter an order granting the Commission oral argument on the motion for reconsideration.

1

Date: August 13, 2009                    Respectfully submitted,

By    s/Amie Riggle Berlin
Amie Riggle Berlin, Esq.
Senior Trial Counsel
Florida Bar Number 630020
Direct Dial: (305)982-6322
berlina@sec.gov

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile:   (305) 536-4154

## CERTIFICATE OF SERVICE

I certify that on August 13, 2009 the foregoing was served via CM/ECF upon the following:

Brian Miller, Esq.
Leonard H. Bloom, Esq.
Ryan Roman, Esq.
One Southeast Third Avenue, 25th floor
Miami, Florida 33131
Brian.Miller@akerman.com
Leonard.Bloom@akerman.com
Ryan.Roman@akerman.com
*Counsel for Corporate Defendants*

Robert F. Dunlap, Esq.
Dunlap & Silvers, P.A.
2601 S. Bayshore Dr., Suite 601
Miami, Florida 33133
Telephone: (305) 854-9666
E-mail: robfdunlap@aol.com
*Counsel for Individual Defendants*

                                        s/ Amie Riggle Berlin