UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-22570-CIV-MARTINEZ/BROWN

SECURITIES AND EXCHANGE COMMISSION )
                                   )
    Plaintiff,                     )
v.                                 )
                                   )
U.S. PENSION TRUST CORP.           )
U.S. COLLEGE TRUST CORP.           )
ILIANA MACEIRAS,                   )
LEONARDO MACEIRAS, JR.,            )
NILDO VERDEJA,                     )
                                   )
    Defendants.                    )
_____)

## NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTION

Pursuant to Rule 3.8 of the Local Rules of the United States District Court for the Southern District of Florida, defendants U.S. Pension Trust Corp., U.S. College Trust Corp., Iliana Maceiras, Leonardo Maceiras, Jr., and Nildo Verdeja hereby give notice of a newly-filed lawsuit styled *Securities and Exchange Commission v. Regions Bank*, Case No. 09-22821-CIV-COOKE/BANDSTRA, that plaintiff Securities and Exchange Commission claims "involves subject matter which is a material part of the subject matter" of this lawsuit.  *See* Plaintiff's Notice of Pending, Refiled, Related or Similar Action [D.E. 2], *S.E.C. v. Regions Bank*, Case No. 09-22821-CIV-COOKE/BANDSTRA.

- 2 -

| | |
|---|---|
| Dated: September 22, 2009 | Respectfully submitted, |

| | |
|---|---|
| s/Brian P. Miller_____ | s/ Robert F. Dunlap_____ |
| Brian P. Miller, Esq. | Robert F. Dunlap, Esq. |
| Florida Bar Number: 0980633 | Florida Bar Number: 0316326 |
| Ryan Roman, Esq. | |
| Florida Bar Number: 0025509 | |
| | |
| **AKERMAN SENTERFITT** | **ROBERT F. DUNLAP, P.A.** |
| One Southeast Third Avenue - 25th Floor | 200 S. Biscayne Blvd., Suite 900 |
| Miami, Florida 33131-1714 | Miami, Florida 33131 |
| Tel: 305-374-5600 | Telephone: (305) 358-9177 |
| Fax: 305-374-5095 | Fax: (305) 372-5355 |
| Email: brian.miller@akerman.com | Email: robfdunlap@aol.com |
| Email: ryan.roman@akerman.com | Counsel for Defendants Iliana Maceiras, |
| Counsel for Defendants U.S. Pension Trust Corp. and U.S. College Trust Corp. | Leonardo Maceiras, Jr. and Nildo Verdeja |

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          s/Ryan Roman_____
           Ryan Roman

## SERVICE LIST

Brian P. Miller, Esq.
Ryan Roman, Esq.
Akerman Senterfitt
One Southeast Third Avenue
25th Floor
Miami, Florida 33131
Telephone: (305) 374-5600
Fax: (305) 374-5095
Counsel for Defendants U.S. Pension
Trust Corp. and U.S. College Trust Corp.

Robert F. Dunlap, Esq.
Robert F. Dunlap, P.A.
200 S. Biscayne Blvd., Suite 900
Miami, Florida 33131
Telephone: (305) 358-9177
Fax: (305) 372-5355
Counsel for Defendants Iliana Maceiras,
Leonardo Maceiras, Jr. and Nildo Verdeja

Amie Riggle Berlin, Senior Trial Counsel
Scott Masel, Senior Trial Counsel
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Counsel for Plaintiff
Securities and Exchange Commission